UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GADEER ERAKAT, on behalf of herself and all similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>U.S. BANK NATIONAL ASSOCIATION, a national banking association,<br><br>Defendant. | Case No. 2:26-cv-01370-DJC-CKD<br><br>**ORDER EXTENDING DEFENDANT U.S. BANK NATIONAL ASSOCIATION'S DEADLINE TO RESPOND TO COMPLAINT**<br><br>Assigned to: Hon. Daniel J. Calabretta |

-1-

SMRH:4925-6949-8293.1    ORDER EXTENDING DEFENDANT'S DEADLINE TO RESPOND TO COMPLAINT

Pursuant to the Parties' Second Joint Stipulation to Extend Defendant U.S. Bank National Association's Deadline to Respond to Complaint, and for good cause appearing therefore, the Court **HEREBY ORDERS** as follows:

The deadline for Defendant U.S. Bank National Association to respond to the Complaint is extended from June 15, 2026 to July 15, 2026.

**IT IS SO ORDERED.**

Dated:  June 15, 2026                    /s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

-2-